FILED
CHARLOTTE, NC
JUN 3 0 2008
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# United States District Court
# Western District of North Carolina

## 3:08 MC - 110 - RJC

IN RE: Appointment of a :
Merit Selection Panel to :
fill the position of :
U.S Magistrate Judge : **ORDER**
in the Charlotte :
Division

This matter is before the court on its own motion to designate individuals to serve as a Merit Selection Panel for the purpose of considering applicants for the position of full time United States Magistrate Judge for the United States District Court, Western District of North Carolina.

Pursuant to Title 28, Section 631(b)(5) a Magistrate Judge is appointed pursuant to standards and procedures promulgated by the Judicial Council of the United States. These Judicial Conference standards and procedures, and the mandatory rules governing the appointment process are contained in the booklet *"Selection, Appointment, and Reappointment of United States Magistrate Judges"* published by the Administrative Office of the U.S. Courts, revised April of 2002. These standards and procedures provide for the establishment by the district court of a Merit Selection Panel (Panel) to assist the district judges in their selection of a magistrate judge. The Panel is composed of nine members, including two lay persons.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following persons are appointed to the Merit Selection Panel for the United States District Court, Western District of North Carolina to assist this court with selecting a United States Magistrate Judge for the United States District Court of the Western District of North Carolina.

Kenneth D. Bell, Esq., Chairman
Hunton & Williams
101 S. Tryon Street
Suite 3500
Charlotte, NC 28202
kbell@hunton.com
704-378-4834

Thomas J. Ashcraft, Esq.
521 E. Morehead Street
Suite 120
Charlotte, NC 28202
tashcraft@bellsouth.net
704-333-2300

Sean P. Devereux, Esq.
The Jackson Bldg.
22 South Park Square
Suite 1100
Asheville, NC 28801
sdevereux@devereuxlaw.com
828-285-9455

Douglas W. Ey, Esq.
McGuireWoods, LLC
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
dey@mcquirewoods.com
704-343-2076

E. Fitzgerald Parnell, Esq.
Poyner & Spruill
One Wachovia Center
Suite 2300
301 College Street
Charlotte, NC 28202
jparnell@poynerspruill.com
704-342-5252

Michael F. Schultze, Esq.
Cranford, Schultze, Tomchin & Allen
7257 Pineview Mathews Road
Suite 2100
Charlotte, NC 28226
mschultze@cstpa.com
704-442-1010

Samuel B. Winthrop, Esq.
Winthrop & Winthrop
P.O. Box 964
Statesville, NC 28687
swinthrop@bellsouth.net
704-872-9544

Spurgeon Mackie
Executive Director, Community
Foundation of Gaston County
P.O. Box 123
Gastonia, NC 28053
smakie@cfgaston.org
704-864-0927

Bob Sweeney
RJS Properties
5501-77 Center Drive
Suite 200
Charlotte, NC 28053
bob@rjsproperties.com
704-365-2152

The Merit Selection Panel shall be chaired by Ken Bell who shall work with the other members of the Panel to establish rules of procedure for the panel to follow in accordance with Judicial Conference guidelines and to assure that all confidentiality requirements are met.

IT IS FURTHER ORDERED, that the Panel shall conclude its work and submit to the Honorable Robert J. Conrad, Jr., Chief U.S. District Court Judge the names of five applicants that it finds most qualified to serve as a United States magistrate judge. The Panel shall submit said five names to the Chief Judge no later than September 30, 2008.

The Clerk of Court is directed to send to each member of the Panel a copy of this Order and a copy of the booklet *"The Selection, Appointment, and Reappointment of United States Magistrate Judges"* as revised April 2002, and other materials which may be of assistance to the Panel. The Clerk shall also send a copy of this Order to the Magistrates Division of the Administrative Office of the U.S. Courts and the Honorable Samuel Phillips, Circuit Executive of the Fourth Circuit.

SO ORDERED THIS 30th DAY OF JUNE 2008.

Robert J. Conrad, Jr., Chief
U.S. District Judge

Graham C. Mullen, Senior
U.S. District Judge

Lacy H. Thornburg
U.S. District Judge

Frank D. Whitney
U.S. District Judge

Richard L. Voorhees
U.S. District Judge

Martin Reidinger
U.S. District Judge